THE PEOPLE OF THE STATE OF NEW YORK, *v.* ANDREW CROUSE.

Judgment reversed.

Opinion by BRADY, J.

---

IN THE MATTER OF WILLIAM AUSTIN, TO VACATE SALES FOR ASSESSMENTS.

Order affirmed.

Opinion PER CURIAM.

---

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JACOB A. HATZEL, APPELLANT, *v.* MICHAEL W. BURNS AND OTHERS, AS THE BOARD OF ALDERMEN IN AND FOR THE CITY AND COUNTY OF NEW YORK FOR THE YEAR 1879, RESPONDENTS.

Order reversed.

Opinions by BRADY, J., DAVIS, P. J., and BARRETT, J.

---

ANDREW J. PERRY, RESPONDENT, *v.* TRUE W. ROLLINS, APPELLANT.

Judgment affirmed, with costs.

Opinion by BRADY, J.

---

HANNAH O'BRIEN, RESPONDENT, *v.* E. H. WATTS, APPELLANT.

Judgment affirmed.

Opinion by BRADY, J.

---

JOHN S. GILES, TRUSTEE, ETC., APPELLANT, *v.* JERUSHA GOODALL AND OTHERS, RESPONDENTS.

Order affirmed, with $10 costs, and disbursements.

Opinion by BARRETT, J.

---

IN THE MATTER OF THE PETITION OF DANIEL R. KENDALL, RESPONDENT, TO VACATE AN ASSESSMENT.
SAME *v.* SAME.

Oral argument ordered at the October Term.